```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Joshua W. Lamy

    v.                                     Case No. 21-cv-229-SM

NH Department of Corrections,
Commissioner, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 14, 2022, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: July 8, 2022

cc:   Joshua W. Lamy, pro se